# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/14/2020__

**MEMO ENDORSED**

January 13, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Jon Barry Thompson**
      **19 Cr. 698 (ER)**

Dear Judge Ramos:

> The January 15 initial conference is adjourned to February 27, 2020 at 4:00 p.m. Speedy trial time is excluded from January 15, 2020, until February 27, 2020, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __1/14/2020__
> New York, New York

    I write to request that the Court adjourn the conference currently scheduled for January 15, 2020, to permit Mr. Thompson and his counsel time to complete a review of the discovery so we can inform the Court regarding potential defense motions.

    The government has produced discovery on a rolling basis. So far, discovery has been produced on October 28, November 7, December 4, and December 20. The government has informed us that it intends to produce additional discovery today. We have been reviewing the discovery diligently but will need additional time to review the most recent productions as well as any additional productions before we can advise the Court on potential defense motions.



    For these reasons, we respectfully request that the Court adjourn the conference currently scheduled for January 15 to the week of February 24. We anticipate being able to set a motion schedule on that date. If the Court would like to set a tentative schedule now, we would propose a deadline of March 24 for defense motions, a deadline of April 14 for the government's response, a deadline of April 28 for the defense reply, and a date thereafter for a hearing or oral argument.

    The government consents to this request and asks that the Court exclude from any Speedy Trial Act calculations the time from January 15 until the next conference date. The defense consents to that exclusion.

Thank you for your time and consideration of this request.

 Respectfully submitted,
 ___/s/_____
 Peggy Cross-Goldenberg
 Assistant Federal Defender
 (212) 417-8732