**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 26, 2020

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: **United States v. Thompson, 19 Cr. 698 (ER)**

Dear Judge Ramos:

  I write on behalf of my client Jon Barry Thompson, the defendant in the above-referenced case, to request a two week adjournment of the current motion schedule.

  The disruption caused by the response to COVID-19 has impaired our ability to confer with our client, discuss a possible disposition with the government, and prepare our motion for filing. In order to allow us to do so, we respectfully request a two week adjournment of the dates in the current motion schedule. The government consents to this request.

  Thank you for your time and consideration of this matter.

             Respectfully submitted,
              /s/
             Peggy Cross-Goldenberg
             Assistant Federal Defender
             (212) 417-8732

Cc: AUSAs Jordan Estes and Drew Skinner (via email)

---

The current motions schedule is adjourned by two weeks.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: March 27, 2020
New York, New York