**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

# MEMO ENDORSED

April 9, 2020

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The application is granted. The hearing currently scheduled for May 20, 2020 is adjourned to July 8, 2020 at 2:00 PM.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: April 13, 2020
> New York, New York

Re:   **United States v. Thompson, 19 Cr. 698 (ER)**

Dear Judge Ramos:

I write on behalf of my client Jon Barry Thompson, the defendant in the above-referenced case, and jointly with the government to request a one-month adjournment of the current motion schedule.

Despite the obstacles posed by the COVID-19 pandemic, the parties have engaged in discussions over the past two weeks regarding a disposition of this matter and have made substantial progress. In order to allow the parties time to complete these discussions, we jointly request that the Court adjourn all the dates in the current motion schedule by one month. On behalf of Mr. Thompson, I consent to the exclusion from any Speedy Trial Act calculation of the time until July 3, 2020 (one month from the current motion conference date) or until the next conference scheduled by the Court.

Thank you for your time and consideration of this matter.

Respectfully submitted,
/s/
Peggy Cross-Goldenberg
Assistant Federal Defender
(212) 417-8732

Cc:   AUSAs Jordan Estes and Drew Skinner (via email)