

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_\_7/8/2020\_\_\_

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 7, 2020

> The July 8 conference is adjourned. A pretrial conference will be held on September 16, 2020 at 10:00 AM.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: \_\_\_7/8/2020_____
> New York, New York

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

    Re:   **United States v. Jon Barry Thompson,**
           **19 Cr. 698 (ER)**

Dear Judge Ramos:

      The Government writes on behalf of both parties to respectfully request that the conference scheduled in this matter for July 8, 2020 at 2:00 p.m. be adjourned. The parties expect to reach a disposition of this matter and respectfully request that the Court set a control date in September 2020 for the entry of that disposition. The Government requests, and the defendant consents to, the exclusion of time under the Speedy Trial Act from July 8, 2020 until the adjourn date in order to allow the parties to finalize a disposition.

                            Respectfully submitted,

                            AUDREY STRAUSS
                          Acting United States Attorney

                by:  _____/s/_____
                      Jordan Estes
                      Drew Skinner
                      Assistant United States Attorneys
                      (212) 637-2543/1587

cc:    Counsel for Jon Barry Thompson (by ECF)