**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 14, 2020

**BY EMAIL AND ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:**   **United States v. Jon Barry Thompson**, 19 Cr. 698 (ER)

Dear Judge Ramos:

I write on behalf of my client, Jon Barry Thompson, with the consent of the government, to respectfully request that the Court reschedule the next conference in the above-referenced case.

The parties have reached a disposition and would like to appear in person for the next proceeding. The parties are available to appear in person on Thursday, October 1, at 11:00.

The government requests that the time from September 16, the current date of the conference, to the adjourn date be excluded from any Speedy Trial Calculations. On behalf of Mr. Thompson, we consent to this request.

Thank you for your time and consideration of this matter.

Respectfully submitted,
/s/
Peggy Cross-Goldenberg
Supervising Trial Attorney
Federal Defenders of New York
646-588-8323
Peggy_cross-goldenberg@fd.org

Cc:   AUSA Jordan Estes
      AUSA Drew Skinner