# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 14, 2020

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The January 7 sentencing is adjourned to February 4, 2021, at 2:00 p.m. Sentencing submission deadlines are adjourned accordingly.
>
> SO ORDERED.    _____
> Edgardo Ramos, U.S.D.J
> Dated: 12/22/2020
> New York, New York

Re:   **United States v. Jon Barry Thompson**
      **19 Cr. 698 (ER) (S.D.N.Y.)**

Honorable Judge Ramos:

We write on behalf of defendant Jon Barry Thompson to respectfully request a three-week adjournment of Mr. Thompson's January 7, 2021 sentencing in the above-captioned matter. This is Mr. Thompson's first request for an adjournment of sentencing. The Government consents to this request.

As of this letter, the parties are awaiting the final Presentence Investigative Report and defense counsel is still obtaining information and materials that are relevant to Mr. Thompson's sentencing submission.

Accordingly, we respectfully request that Mr. Thompson's sentencing be adjourned to a date and time that is convenient for the Court on or after January 28, 2021, and that all deadlines for sentencing submissions under Your Honor's Individual Rules of Practice be adjourned on the same schedule.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Peggy Cross-Goldenberg
Neil P. Kelly

*Counsel for Jon Barry Thompson*

cc:   AUSA Drew Skinner
      AUSA Jordan Estes