

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 2, 2021

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
40 Foley Square
Southern District of New York
New York, New York 10007

      Re:    **United States v. Jon Barry Thompson,**
            **19 Cr. 698 (ER)**

Dear Judge Ramos:

      The Government respectfully submits the attached proposed restitution order, with the consent of the defendant, in advance of the sentencing scheduled on February 4, 2021 at 2:00 p.m. The Government further advises the Court that the last sentence of its sentencing submission, regarding restitution as sought in the Victim Impact Statement, was submitted in error. The Government seeks restitution as stated in the plea agreement, in the amount of $3,250,000.

                               Respectfully submitted,

                                 AUDREY STRAUSS
                               United States Attorney

                 by:      /s/
                               Jordan Estes
                               Drew Skinner
                               Assistant United States Attorneys
                               (212) 637-2543/1587

cc:      Counsel for Jon Barry Thompson (by ECF)