UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                            :

UNITED STATES OF AMERICA,      :              ORDER

                                            :

             -v-                          :              19 Cr. 698 (ER)

                                            :

JON BARRY THOMPSON,            :

                                            :

                    Defendant.    :
------------------------------------------------------- X

Ramos, D.J.:

       The sentencing scheduled for **February 4, 2021, at 2:00 a.m.** will occur as a videoconference using the Skype for Business platform.  The Court will send an e-mail to counsel with a link to join the video call.  The public and the press may dial (877) 411-9748 and enter access code 3029857# to listen to the proceedings.

       SO ORDERED.

Dated: February 3, 2021
       New York, New York

                                                        Edgardo Ramos, U.S.D.J.