```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | Order of Restitution |
|---|---|
| v. | 19 Cr. 698 (ER) |
| JON BARRY THOMPSON, | |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Jordan Estes and Drew Skinner, Assistant United States Attorneys, of counsel; the presentence report; the plea agreement; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

JON BARRY THOMPSON, the defendant, shall pay restitution in the total amount of $3,250,000 to Iterative OTC, LLP ("Iterative"), the victim of the offense charged in Count One of the Indictment. The name and address of the victim are set forth below. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

| Name | Address | Amount of Restitution |
|---|---|---|
| Iterative OTC, LLP c/o Jason Weinstein, Esq. | Steptoe & Johnson LLP 1330 Connecticut Avenue, NW Washington, DC 20036-1795 | $3,250,000 |

The Clerk of Court is directed to distribute restitution funds to Iterative, accounting for any funds recovered by Iterative for the same loss, including i) any amounts remitted to Iterative as a

result of the judgment in *CFTC v. Thompson*, 19-CV-9082 (LAP) (S.D.N.Y.), or ii) by the Department of Justice or any other sources.

Dated: February 4, 2021
      New York, New York

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE