**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 12, 2021

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    <u>**United States v. Jon Barry Thompson**</u>
            **19 Cr. 698 (ER) (S.D.N.Y.)**

Honorable Judge Ramos:

      I write to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Thompson's United States Passport and Passport card to Mr. Thompson or a representative from my office.

      The Government has informed us that Mr. Thompson's Passport and Passport card were provided to Pretrial Services on August 9, 2019. We understand Pretrial Services can only release these documents pursuant to a Court order.

      The Court sentenced Mr. Thompson on February 4, 2021 and Mr. Thompson has already completed an initial intake interview with the Probation Department in the Eastern District of Pennsylvania.

      We can provide additional information, if necessary.

                                      Respectfully submitted,

                                    /s/ Peggy Cross-Goldenberg
                                    Peggy Cross-Goldenberg

cc:    AUSA Drew Skinner, Esq.

SO ORDERED:

HONORABLE EDGARDO RAMOS
United States District Judge
Dated: February 16, 2021